UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>NYENNMUEH PYNE,<br><br>　　　　　　　Defendant. | Cr. No. 3:23-mj-79<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

　　　The undersigned hereby enters her appearance as counsel in this case for the Defendant, Nyennmueh Pyne.

　　　Dated this 5th day of February, 2024.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　JASON J. TUPMAN
　　　　　　　　　　　　　　　　　Federal Public Defender
　　　　　　　　　　　　　　　　　By:

　　　　　　　　　　　　　　　　　 /s/   *Rhiannon Gorham*
　　　　　　　　　　　　　　　　　Rhiannon Gorham
　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　Office of the Federal Public Defender
　　　　　　　　　　　　　　　　　Districts of South Dakota and North Dakota
　　　　　　　　　　　　　　　　　112 Roberts Street North, Suite 200
　　　　　　　　　　　　　　　　　Fargo, ND 58102
　　　　　　　　　　　　　　　　　Telephone: 701-239-5111
　　　　　　　　　　　　　　　　　Facsimile:  701-239-5098
　　　　　　　　　　　　　　　　　filinguser_SDND@fd.org